UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2025

JAMES LAPP,

     Plaintiff,

vs.

GETTY IMAGES HOLDINGS, INC.,

     Defendant.

Case No. 1:24-cv-5129-JSR

**SUPERSEDEAS BOND**
No. SURU2210006478

## SUPERSEDEAS BOND

WHEREAS, Defendant **Getty Images Holdings, Inc.** has appealed from a judgment entered in the above entitled action in the United States District Court for the Southern District of New York, in favor of the above named Plaintiff on August 7, 2025 in the amount of **One Million, Four Hundred Ninety-Seven Thousand, Five Hundred Ninety-Five Dollars ($1,497,595.00)**, plus pre-judgment interest in the amount of **Three Hundred Ninety-Nine Thousand, One Hundred Eighty Dollars and Eighty-Seven Cents ($399,180.87)**, for a total judgment in the amount of **One Million, Eight Hundred Ninety-Six Thousand, Seven Hundred Seventy-Five Dollars and Eighty-Seven Cents ($1,896,775.87)**; and

WHEREAS, Defendant desires to give this Supersedeas Bond to stay execution of the above-referenced judgement;

**NOW THEREFORE**, in consideration of the premises and of such appeal, **Ascot Surety & Casualty Company**, as Surety, are held and firmly bound unto Plaintiff **JAMES LAPP**, as Obligee, in the total aggregate penal sum of **One Million, Eight Hundred Ninety-Six Thousand, Seven Hundred Seventy-Five Dollars and Eighty-Seven Cents ($1,896,775.87)**, lawful money of the United States, for which payment well and truly to be made, each of the Sureties bind themselves and their heirs, executors, administrators, successors and assigns, severally by Surety (subject to the individual Surety limits below).

**THE CONDITION OF THIS OBLIGATION** is that if Defendant shall prosecute its appeal to effect and shall satisfy the judgment in full, together with costs, interest, and damages for delay if the appeal is finally dismissed or the judgment is affirmed, or shall satisfy in full such judgment as modified together with such costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect;

**PROVIDED, HOWEVER, THAT:**

A CERTIFIED COPY
TAMMI M. HELLWIG, CLERK

BY _____
Deputy Clerk
Approved 8/20/2025

Page 1 of 2

1.  The maximum amount of liability for Surety shall be limited to the following amounts:

**Ascot Surety & Casualty Company**, a Colorado Corporation for One Million, Eight Hundred Ninety-Six Thousand, Seven Hundred Seventy-Five Dollars and Eighty-Seven Cents ($1,896,775.87)

Dated this 13th of August, 2025.

**DEFENDANT**

**Getty Images Holdings, Inc.**

By:_____

**SURETY**

**Ascot Surety & Casualty Company**

By:_____
**Wayne G. McVaugh, Attorney-In-Fact**

**BOND NUMBER**
**SURU2210006478**

Page 2 of 2

## PRINCIPAL'S ACKNOWLEDGMENT

State of __WA__

County of __King__

On __Aug 19th__ before me,
__Jaime Ontiveros__, personally appeared
__Christopher Hoel__, who proved to me on the basis
of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of
__Washington__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)

JAIME ONTIVEROS
Notary Public
State of Washington
Commission # 24021875
My Comm. Expires Jun 16, 2028

Signature _____

## SURETY ACKNOWLEDGMENT

State of New Jersey)        ss:

County of Camden)

On this <u>13th day of August, 2025</u> before me, <u>Sara P Owens</u>, <u>Notary Public</u>, personally appeared **Wayne G. McVaugh** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his authorized capacity(ies), and that by his signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)                Signature _____ *Sara P Owen* _____

SARA P OWENS
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2435514
MY COMMISSION EXPIRES JUN. 25, 2028



**Ascot Surety & Casualty Company**
**Ascot Insurance Company**
1020 Highland Colony Parkway, Suite 700
Ridgeland, MS 39157

# Power of Attorney

**KNOW ALL MEN BY THE PRESENTS:**

That **Ascot Surety & Casualty Company** and **Ascot Insurance Company**, each a corporation organized and existing under the laws of the State of Colorado (the "Companies"), do hereby constitute and appoint:

Sara Owens,Wayne G. McVaugh,Dana Donahue,Patricia A. Rambo,Lori S. Shelton,Cathy H. Ho,Annmarie Breene,Joanne C. Wagner,Kimberly G. Sherrod,Patricia Dorsaneo,Babette Ward,and Patrick Breene

of ___Philadelphia,PA___ (city, state) and each its true and lawful Attorney(s)-in-Fact, with full authority to sign, execute, seal, acknowledge and deliver for, and on its behalf, and as its act and deed any place within the United States, or, if the following line is filled in, only within the area and up to the amount therein designated, any and all bonds, undertakings, recognizances, and other contracts of indemnity or writings obligatory in the nature thereof, issued in the course of its surety business, and to bond the Companies as follows:

**Any such obligations in the United States not to exceed $100,000,000.00.**

The Companies hereby ratify and confirm all and whatsoever said Attorney(s)-in-fact may lawfully do in the premises by virtue of these presents. These appointments are made under and by authority Resolutions adopted by the Board of Directors of the Companies, which resolutions are still in effect:

RESOLVED, that any of the Chief Executive Office, the Chief Operating Officer or the Chief Underwriting Officer, acting in conjunction with the head of the surety business line for the Corporation (each an Authorized Individual" and, collectively, the Authorized Individuals"), are authorized to jointly appoint one or more attorneys-in-fact to represent and act for and on behalf of the Corporation in the transaction of the Corporation's surety business to execute (under the common seal of the Corporation if appropriate) bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof:

RESOLVED, that in conjunction with the Corporation's transaction of surety business the signatures and attestations of the Authorized Individuals and the seal of the Corporation be affixed to any such Power of Attorney or to any certificate relating thereto (electronic or otherwise) by facsimile and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seals (electronic or otherwise) shall be valid and bonding upon the Corporation when so affixed with respect to any bond, undertaking, recognizance or tother contract of indemnity or writing obligatory in the nature thereof;

RESOLVED, that in connection with the Corporation's transaction of surety business, the facsimile electronic or mechanically reproduced signature of any Authorized Individual, whether made heretofore or hereafter, whenever appearing upon a copy of any Power of Attorney of the Corporation, with signatures affixed as next above noted, shall be valid and binding upon the Corporation with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, the Companies have caused these presents with the respective corporate seals and to be executed by the individuals named below who are duly authorized and empowered to execute the Power of Attorney on the Companies' behalf, this 13th day of March 2025.

 

ASCOT SURETY & CASUALTY COMPANY
ASCOT INSURANCE COMPANY

_Matthew Conrad Kramer (Chief Executive Officer)_

_Tara North (Executive Vice President, Surety)_

STATE OF CONNECTICUT )
COUNTY OF FAIRFIELD ) ss.

On this 13th day of March 2025, before me came the above named Chief Executive Officer of each Ascot Surety & Casualty Company and Ascot Insurance Company and the head of the surety business line for each of Ascot Surety & Casualty Company and Ascot Insurance Company, to me personally known to be the individuals described herein, and acknowledged that the seals affixed to the preceding instrument and the corporate seals of each Ascot Surety & Casualty Company and Ascot Insurance Company, and that the said corporate seals and signatures were duly affixed and subscribed to said instrument by the authority and direction of said Companies.

**KSENIA E. GUSEVA**
*NOTARY PUBLIC*
STATE OF CONNECTICUT
My Commission Expires June 30, 2029

Notary Public Ksenia E Guseva
My commission expires on June 30, 2029

I, the undersigned Secretary of the Company, do hereby certify that the foregoing excerpts of the Resolution adopted by the Board of Directors of the Companies, and the Power of Attorney issued pursuant thereto, are true and correct, and further certify that both the Resolution and the Power of Attorney are still in full force and effect.

This Certificate may be signed by facsimile under and by the authority of the following resolution of the Board of Directors of the Companies.

RESOLVED, that in connection with the Corporation's transaction of surety business the signatures and attestations of the Authorized Individuals and the seal of the Corporation be affixed to any such Power of Attorney or to any certificate relating thereto (electronic or otherwise) by facsimile and any such Power of Attorney of certificate bearing such facsimile signatures or facsimile seal (electronic or otherwise) shall be valid and binding upon the Corporation when so affixed with respect to any bond, undertaking, recognizances or other contract of indemnity or writing obligatory in the nature thereof;

IN WITNESS WHEREOF; I have hereunto set my hand and affixed the seal of the Companies, this ___13th___ day of ___August___, 20_25_.

ASCOT SURETY & CASUALTY COMPANY
ASCOT INSURANCE COMPANY

John Gill, Secretary

All Claims Notices should be sent to Ascot Group, 1020 Highland Colony Parkway, Suite 700, Ridgeland, MS 39157: Attention Surety Claims suretyclaims@ascotgroup.com

**Ascot Surety & Casualty Company**
**Short Form Financial Statement**
**as of December 31, 2024**

**Assets:**

| | | **Liabilities** | | |
|---|---|---|---|---|
| Cash and Bank Deposits | $ 16,745,246 | Unearned Premiums | $ | 25,798,569 |
| Bonds- US Government | 3,576,592 | Reserve for Claims & Claims Expense | | 14,585,911 |
| Other Bonds | 68,703,647 | Funds Held Under Reinsurance Treaties | | - |
| Stocks | 518,088,193 | Ceded Reinsurance Premiums Payable | | 3,197,370 |
| Real Estate | - | Provision for Reinsurance | | - |
| Agents' Balances or Uncollected Premiums | 5,738,148 | Reserve for Commissions, Taxes & Other Liabilities | | 3,689,645 |
| Accrued Interest and Rents | 496,845 | | | |
| Other Admitted Assets | 270,988 | **Total Liabilities** | $ | 47,271,495 |
| **Total Admitted Assets** | $ 613,619,659 | | | |
| | | Special Surplus Funds | $ | - |
| | | Capital Stock | | 2,500,000 |
| | | Paid in Surplus | | 491,420,117 |
| | | Unassigned Surplus | | 72,428,047 |
| | | **Surplus to Policyholders** | | 566,348,164 |
| | | **Total Liabilities & Surplus** | $ | 613,619,659 |

*Bonds are stated at amortized cost. Common Stock in Affiliate is
stated at statutory surplus plus unamortized goodwill.

The foregoing financial information is taken from Ascot Surety and
Casualty Company's financial statement filed with Colorado Division
of Insurance.

I, SHANELLE BURKE, Financial Controller of Ascot Surety & Casualty Company (the "Corporation"), do hereby certify that the foregoing is a true, and correct
statement of the Assets and Liabilities of said Corporation, as of December 31, 2024 , to the best of my knowledge
and belief.

_____
Financial Controller

I, JOHN GILL , Secretary of the Corporation, do hereby certify that the foregoing is a true and accurate
signature of the Financial Controller of the Corporation.
and belief.

IN WITNESS HEREOF, I have hereunderto set my hand and affixed the seal of said Corporation at New York, NY,
this 8 day of day of May of 2025.

_____
Secretary